```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP,

               Plaintiff,

-against-

SHARI REDSTONE, et al.,

               Defendants.

24-CV-6290 (DEH) (BCM)

**ORDER TO SHOW CAUSE**

**BARBARA MOSES, United States Magistrate Judge.**

By order dated, August 26, 2024, the Court directed plaintiff to show cause in writing, no later than September 9, 2024, why this action should not be dismissed for lack of subject-matter jurisdiction. 8/26/24 Order (Dkt. 15). September 9 came and went, and although plaintiff attempted to file an amended complaint adding purported bases for federal jurisdiction (*see* Dkts. 24, 25, 26, 27), plaintiff has not shown cause in writing in response to the 8/26/24 Order. Moreover, despite the efforts of counsel to date, plaintiff has not succeeded in properly docketing *either* its original complaint or its amended complaint. (*See* Dkts. 1, 2, 6, 12, 13, 24, 25, 26, 27.)

It is hereby ORDERED that plaintiff must properly refile its original <u>and</u> amended complaints no later than **September 13, 2024**, consulting, if necessary, the Court's Civil Case Openings office at (212) 805-0632. It is FURTHER ORDERED that plaintiff <u>**show cause, in writing**</u>, no later than **September 13, 2024**, why the case should not be dismissed for lack of subject-matter jurisdiction.

Counsel for plaintiff must serve a copy of this Order on any defendant previously served with the summons and complaint.

Dated: New York, New York
       September 11, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**