**Constants Law Offices, LLC**
**115 Forest Avenue, Unit 331**
**Locust Valley, New York 11560**
**(516) 200-9660**
**Constantslaw49@gmail.com**

September 24, 2024

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

re: Livevideo.Ai Corp,v. Shari Redstone, et al
Docket No.: 24-cv-6290 (DEH) (BCM)
Letter-Motion

Dear Judge Moses:

This law firm represents the Plaintiff, Livevideo.AI Corp., in the above-referenced matter and is filing this Letter-Motion. On September 19, 2024, we submitted a Second Amended Complaint, which is marked as document 44. On September 20, 2024, the Court noted deficiencies: none of the parties consented to the pleading; the order granting permission to file the pleading was not attached; and the Court's leave has not been granted.

The Second Amended Complaint streamlined the complaint and would then be served upon the defendants. We ask the Court to accept the document 44 as appropriate and modify the court documents so that we can serve the Second Amended Complaint pursuant to this motion.

Respectfully submitted,
Constants Law Offices, LLC

 /s/ Alfred C. Constants III

Alfred C. Constants III, Esq.