UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP.,

        Plaintiff,

-against-

SHARI REDSTONE, et al.,

        Defendants.

24-CV-6290 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By order dated September 26, 2024 (Dkt. 46), the Court ordered plaintiff to either (i) withdraw its proposed SAC (Dkt. 44) or (ii) file a properly-supported motion for leave to amend pursuant to Rule 15(a) no later than October 3, 2024. Plaintiff's response is now more than one week overdue. Consequently, leave to file the proposed second amended complaint is hereby DENIED. The FAC (Dkt. 35) remains the operative complaint.

    Plaintiff's counsel must discuss this Order with his client, and must serve this Order on any defendant previously served with summons and complaint.

Dated: New York, New York
       October 11, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**