```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/26/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP.,

        Plaintiff,

-against-

SHARI REDSTONE, et al.,

        Defendants.

24-CV-6290 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On or about November 8, 2024, the Clerk of Court received a UPS envelope from "NYU Mail Services" in New York City, containing a paper copy of an Affirmation of Service in which a Maryland notary public named Robert M. Roberts (who apparently notarized his own signature) claims to have hand-delivered "a copy of summons" (but no accompanying complaint) to defendant Shari Redstone at 2405 York Road, Suite 201, Lutherville, MD. According to public sources, that is the address of the Maryland office of The Corporation Trust Incorporated, which serves as agent for service of process for numerous corporations and other business entities.

    It seems unlikely that Ms. Redstone was personally served at the Maryland office of The Corporation Trust Incorporated. It also seems unlikely that plaintiff's counsel, whose address of record is in Locust Valley, New York, would send a paper copy of an affirmation of service to the Clerk via UPS from New York University – rather than file it electronically, as required by this Court's Electronic Case Filing Rules & Instructions, Rule 1.1. Accordingly, the Court declines to accept the purported Affirmation of Service for filing. If plaintiff's counsel wishes to file the Affirmation of Service on the docket, he must do so electronically under his own ECF credentials.

    Plaintiff's counsel must discuss this Order with his client, and must serve this Order on any defendant previously served with summons and complaint.

Dated: New York, New York
       November 26, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**