Revised 05/01 WDNY

## AFFIRMATION OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

LIVEVIDEO.AI CORP
_____,

           Plaintiff(s),

v.

SHARI REDSTONE, NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY, MONICA SELIGMAN,
_____,

           Defendant(s).

_____

AFFIRMATION OF SERVICE

1:24-cv-06290

I, *(print your name)* __Robert Roberts_____, served a copy of the attached papers *(state the name of your papers)* __Federal summons and complaint__

_____ upon all other parties in this case
by mailing [ ]   by hand-delivering [ ✓ ]   *(check the method you used)*

these documents to the following persons *(list the names and addresses of the people you served)*_____

National Amusements

The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093

on *(date service was made)* __November 6, 2024__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __11/ 6/2024__          _____
        *(date)*                              *(your signature)*