UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP

Plaintiff(s)

VS.

SHARI REDSTONE, NATIONAL AMUSEMENTS INC., CHRISTINE VARNEY, NAOMI SELIGMAN

Defendant(s)

**Request for Clerk's Certificate of Default**

Civil Case No._ 1:24-CV-06290

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, the Plaintiff *at docket No. 49* requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

*Alfred C Constants III*

Counsel for Plaintiff(s) / Plaintiff(s) Pro se

Alfred C. Constants III, Esq.
CONSTANTS LAW Offices, LLC
115 Forest Ave, #331
Locust Valley, NY 11560
Email: ConstantsLaw@proton.me