THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*
vs.

CIVIL ACTION
C.A. NO. 1:24-CV-06290

**CERTIFICATE OF SERVICE**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,

    *Defendant's.*
_____/

I, Alfred Constants III, hereby certify under penalty of perjury that , I served a copy of a Request For Default and Declaration in support by United States Mail on defendant National Amusements Inc by way of its registered agent, The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093.

Dated: December 3, 2024

Respectfully submitted.

By */s/ Alfred C. Constants III*
Alfred C. Constants III, Esq.
CONSTANTS LAW Offices, LLC
115 Forest Ave, #331
Locust Valley, NY 11560
Email: ConstantsLaw@proton.me