THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*
vs.

CIVIL ACTION
C.A. NO. 1:24-CV-06290

**PLAINTIFF'S DECLARATION
IN SUPPORT OF DEFAULT**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,

    *Defendant's.*
_____/

**PLAINTIFF'S DECLARATION IN SUPPORT OF DEFAULT**

I, Alfred Constants III, declares under penalty of perjury, that the following is true and correct:

    1. I have first-hand, personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

    2.    National Amusements Inc. the party against whom a notation of default is sought is not an infant, not in the military, and not an incompetent person.

    3.    The party has failed to plead or otherwise defend the action; and the complaint was properly served on National Amusements Inc. on the date of November 6, 2024.

    4.    Attached as Exhibit #1 to this Declaration is a proposed form of Clerk's Certificate For Default as required under Local Civil Rule 55.1.

Dated: December 2, 2024

Respectfully submitted

By_/s/ _Alfred C. Constants III_
Alfred C. Constants III, Esq.
CONSTANTS LAW Offices, LLC
115 Forest Ave, #331
Locust Valley, NY 11560
Email: ConstantsLaw@protonmail.com

EXHIBIT #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

# LIVEVIDEO.AI CORP

                              Plaintiff(s),

                    - against -

SHARI REDSTONE, NATIONAL AMUSEMENTS INC.,
CHRISTINE VARNEY, MONICA SELIGMAN

                             Defendant(s),

-----------------------------------------------------------X

1:24-cv-06290

_____ Civ. _____(___)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 8/20/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) November 6, 2024 by personally serving National Amusements thru registered agent The Corporation Trust Incorporated, and proof of service was therefore filed on Dec 3, 2024, Doc. #(s) 49.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

           _____, 20___

                                                        **DANIEL ORTIZ
                                                        Acting Clerk of Court**

                                        By: _____
                                                    **Deputy Clerk**

Revised 05/01 WDNY

# AFFIRMATION OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP,

Plaintiff(s),

v.

SHARI REDSTONE, NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY, MONICA SELIGMAN,

Defendant(s).

AFFIRMATION OF SERVICE
1:24-cv-06290

I, *(print your name)* Robert Roberts, served a copy of the attached papers *(state the name of your papers)* Federal summons and complaint

upon all other parties in this case by mailing ☐ by hand-delivering ☑ *(check the method you used)* these documents to the following persons *(list the names and addresses of the people you served)*

National Amusements
The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093

on *(date service was made)* November 6, 2024

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 11/6/2024
*(date)*

*(your signature)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **LIVEVIDEO.AI CORP** | Plaintiff(s) | **Request for Clerk's Certificate of Default** |
| **VS.** |  | Civil Case No. 1:24-CV-06290 |
| SHARI REDSTONE, NATIONAL AMUSEMENTS INC., CHRISTINE VARNEY, NAOMI SELIGMAN |  |  |
|  | Defendant(s) |  |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, the Plaintiff *at docket No. 49* requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

_____
Counsel for Plaintiff(s) / Plaintiff(s) Pro se

Alfred C. Constants III, Esq.
CONSTANTS LAW Offices, LLC
115 Forest Ave, #331
Locust Valley, NY 11560
Email: ConstantsLaw@proton.me