UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LIVEVIDEO.AI CORP

                     Plaintiff(s),

          - against -

SHARI REDSTONE, NATIONAL AMUSEMENTS INC.,
CHRISTINE VARNEY, MONICA SELIGMAN

                     Defendant(s),
-----------------------------------------------------------X

1:24-cv-06290

_____ Civ. _____(____)

CLERK'S CERTIFICATE
OF DEFAULT

I, TAMMI M. HELLWIG, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 20, 2024 (dkt. 1) with the filing of a complaint. An Amended Complaint was served prior to the service of the original complaint. Summons for the Amended complaint was issued on September 18, 2024.

    A copy of the summons and Amended complaint was served on defendant National Amusements Inc November 6, 2024 by personally serving National Amusements thru registered agent The Corporation Trust Incorporated. Proof of service was filed on Dec 9, 2024, Doc # 49 and 56, and a revised version filed confirming an "amended" complaint was served along with the summons. I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: 12/09/2024

New York, New York

TAMMI M. HELLWIG

~~Acting~~ Clerk of Court

By: _Negam Dulel_

Deputy Clerk