**Constants Law Offices, LLC**
**115 Forest Avenue, Unit 331**
**Locust Valley, New York 11560**
**(516) 200-9660**
**Constantslaw49@gmail.com**

December 16, 2024

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

re: <u>Livevideo.AI Corp,v. Shari Redstone, et al</u>
Docket No.: 24-cv-6290 (DEH) (BCM)

Dear Judge Moses:

This law firm represents the Plaintiff, Livevideo.AI Corp. ("Livevideo"), in the above-referenced matter. As per your request in the Order To Show Cause (Dkt. No. 66), we will respond.

Prior to the December 9, 2024, order, which entered a Certificate of Default against National Amusements, Inc. (National"), I spoke with Ani-Rae Lovell, Esq. of Ropes & Gray. Ms. Lovell stated that they did not receive any service or notice for the amended summons and complaint. Thereafter, I investigated the matter and determined that we did have service of the amended summons and complaint upon National. I telephoned Ms. Lovell and left the message. Thereafter, we then submitted the papers for entry of default.

1

In response to your request, please see attached declaration from the process server in Maryland, which provides admissible evidence detailing exactly how and what was served to National. (Exhibit #1). At the top of every page of the amended complaint was the docketing imprint of "1:24-cv-06290-DEH-BCM Document 32 filed 09/13/24." Contrary to your order, we served the amended complaint, Dkt. No. 32, which consisted of 51 pages for the amended complaint, [1]fn., and Exhibit #1 was 98 pages and Exhibit 2 was 104 pages for a total of 253 pages to be served. National was served with the exact amended complaint (Dkt. No. 32) cited in the PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (Dkt. No. 33) docketed on September 13, 2024. In the Response on page 2 (Ex. 2) (Dkt. 33), revised Sections 4 and 5 of the amended complaint (Dkt. 32, page 2) appear.

According to Fed. R. Civ. P. 55(c), the Certificate of Default cannot be dismissed unless the defendant can prove "good cause shown". National has not met this burden. We ask the Court to deny the motion from National because there are no facts to justify its motion, as the appropriate document in this matter is the Amended Summons and Complaint, which were served.

Respectfully submitted,

_/s/  Alfred C. Constants III_


Constants Law Offices, LLC.


Cc: Counsel of record

---

[1] The denied amended complaint in comparison totals only 30 pages.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
     *Plaintiff,*                          CIVIL ACTION
vs.                              C.A. NO. 1:24-CV-06290

**DECLARATION
IN SUPPORT**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,

     *Defendant's.*
_____/

**DECLARATION IN SUPPORT**

I, Bob Roberts declare under penalty of perjury, that the following is true and correct:

     1.     I have first-hand, personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

     2.     I work as a process server in the State of Maryland and am knowledgable about serving legal process for State and Federal litigation matters.

     3.     On November 5, 2024 I attempted to serve legal process on The Corporation Trust Incorporated at 2405 York Road, Suite 201, Lutherville Timonium MD 21093-2254 but they had closed early for the election according to a note in the window. Attached as Exhibit #1 to this declaration is a photo I sent later that day to the client, to prove the registered agent was closed.

     4.     On November 6th, I served two packets of court docuents to 2405 York Rd Suite 201 at about 1:30pm in Lutherville Maryland.  There were two different UPS

Express bubble packs each with approximately 250 pages in each. One was labeled with the name National Amusements, Inc.

5.    I personally handed the UPS Express bubble pack labeled National Amusements Inc. to one of the two receptionists I saw when I went inside Suite 201, both of which were caucasian females who appeared to be in their mid 20's.

6.    When I handed the UPS Express bubble pack with the summons and amended complaint for National Amusements to the receptionists, I asked if I was at the correct location at which point the receptionists looked at the labels and responded, "Yes, they are for us" meaning that the registered agent, Corporation Trust Incorporated, could accept service of process on behalf of National Amusements.

7.    I also took a date stamped photo of the entrance to the registered agent on November 6, 2024, the day I served legal process of the amended complaint. (Exhibit #2)

8.    I am able to identify the amended complaint I printed out and served on Corporation Trust Incorporated by re-opening the pdfs the client provided.

9.    After further review of these pdf files, I can confirm the amended complaint, I placed in the UPS Express bubble pack, consists of 51 pages not including the exhibits.

10.    At the top of every page of the amended complaint is a docketing imprint showing *"1:24-cv-06290-DEH-BCM Document 32 Filed 09/13/24"*.

Dated: December 13, 2024

Respectfully submitted,

By /s/    Bob Roberts
   Bob Roberts

EXHIBIT #1



EXHIBIT #2

