Revised 05/01 WDNY

**AFFIRMATION OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP _____,

          Plaintiff(s),

AFFIRMATION OF SERVICE
1:24-cv-06290

v.
SHARI REDSTONE, NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY, MONICA SELIGMAN,
_____,

          Defendant(s).

I, *(print your name)* __Robert Roberts_____, served a copy of the attached papers *(state the name of your papers)* __Federal summons and amended complaint__

_____ upon all other parties in this ca̶s̶e̶
by mailing [ ] by hand-delivering [ ✗ ] *(check the method you used)*

these documents to the following persons *(list the names and addresses of the people you served)*

**Shari Redstone**

The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093

on *(date service was made)* __November 6, 2024__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __1/2/2025__     _____signature_____
    *(date)*                    *(your signature)*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*
vs.

CIVIL ACTION
C.A. NO. 1:24-CV-06290

**DECLARATION
IN SUPPORT**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,

    *Defendant's.*
_____/

### DECLARATION IN SUPPORT

I, Bob Roberts declare under penalty of perjury, that the following is true and correct:

1. I have first-hand, personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. I work as a process server in the State of Maryland and am knowledgable about serving legal process for State and Federal litigation matters.On November 5, 2024 I attempted to serve legal process on The Corporation Trust Incorporated at 2405 York Road, Suite 201, Lutherville Timonium MD 21093-2254 but they had closed early for the election according to a note in the window. Attached as Exhibit #1 to this declaration is a photo I sent later that day to the client, to prove the registered agent was closed.

3. On November 6th, I served two packets of court docuents to 2405 York Rd Suite 201 at about 1:30pm in Lutherville Maryland. There were two different UPS Express bubble packs each with approximately 250 pages in each. One was labeled with the name Shari Redstone

4. I personally handed the UPS Express bubble pack labeled Shari Redstone to one of the two receptionists I saw when I went inside Suite 201, both of which were caucasian females who appeared to be in their mid 20's.

5. When I handed the UPS Express bubble pack with the summons and amended complaint for Shari Redstone to the receptionists, I asked if I was at the correct location at which point the receptionists looked at the labels and responded, "Yes, they are for us" meaning that the registered agent, Corporation Trust Incorporated, could accept service of process on behalf of the President of their registered agent for the State of Maryland client National Amusements Inc. which my understanding from cursory glance of amended complaint, is Shari Redstone.

6. I also took a date stamped photo of the entrance to the registered agent on November 6, 2024, the day I served legal process of the amended complaint. (Exhibit #2)

7. I am able to identify the amended complaint I served to Corporation Trust Incorporated by re-opening the pdfs the client provided. I can confirm the amended complaint, I placed in the UPS Express bubble pack addressed to Shari Redstone c/o National Amusements consists of 51 pages not including the exhibits.

8. At the top of every page of the amended complaint is a docketing imprint showing *"1:24-cv-06290-DEH-BCM"*

Dated: January 2,, 2025

Respectfully submitted,

By /s/ *Bob Roberts*
Bob Roberts