AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-06290

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MONICA SELIGMAN**
was received by me on *(date)* **DECEMBER 30, 2024**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

+ amended complaint

☒ I served the summons on *(name of individual)* **MAIL ROOM CLERK**, who is designated by law to accept service of process on behalf of *(name of organization)* **PARAMOUNT GLOBAL, 1515 BROADWAY, NEW YORK NEW YORK 10036** on *(date)* **DECEMBER 30, 24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25  for travel and $ 74.50  for services, for a total of $ 99.50 .

I declare under penalty of perjury that this information is true.

Date: **DECEMBER 30, 2024**

KARLA LOPEZ (Dec 30, 2024 20:54 EST)
*Server's signature*

**KARLA LOPEZ**
*Printed name and title*

State of New York )
County of Bronx )

Sworn to me on this 30th. day of December, 2024.

*MARK GOLDBERG*

2441 CROTONA AVENUE, BRONX, NEW YORK 10458
*Server's address*



Notary Public State of New York
MARK GOLDBERG
Commission #03GO0024396
My Commission Expires on
May 7, 2028

Print   Save As...   Reset