THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP

    *Plaintiff,*                                           CIVIL ACTION

vs.                                                     C.A. NO. 1:24-CV-06290

SHARI REDSTONE,

NATIONAL AMUSEMENTS, INC., CHRISTINE VARNEY,

MONICA SELIGMAN,

Defendant's.

_____/

NOTICE OF L.R. MOTION 6.3

Plaintiff LiveVideo.AI Corp now brings this Local Rule 6.3B Motion For Reconsideration of the January 28, 2025 magistrate Order (Dkt 74).

Respectfully Submitted,

Dated February 13, 2025

By /s/ Alfred C. Constants III

Alfred C. Constants III, Esq. Constants Law Offices, LLC. 115 Forest Ave., Unit 331 Locust Valley, NY 11560

Email: Constantslaw49@gmail.com

Attorney For Plaintiff

CERTIFICATE OF COMPLIANCE

The Motion L.R. 6.3B totals 2269 words (consisting of the memorandum and notice) using Microsoft word count.

Dated February 13, 2025

                                            By /s/ Alfred C. Constants III

Alfred C. Constants III, Esq. Constants Law Offices, LLC. 115 Forest Ave., Unit 331 Locust Valley, NY 11560

Email: Constantslaw49@gmail.com

Attorney For Plaintiff