**Constants Law Offices, LLC**
**115 Forest Avenue, Unit 331**
**Locust Valley, New York 11560**
(516) 200-9660
Constantslaw49@gmail.com

February 12, 2025

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

re: <u>Livevideo.Ai Corp,v. Shari Redstone, et al</u>
Docket No.: 24-cv-6290 (DEH) (BCM)
Letter Motion

Dear Judge Moses:

This law firm represents the Plaintiff, Livevideo.AI Corp., in the above-referenced matter. Today, the parties participated in an order to show cause before your Honor. Thank you for talking to us about our case and the rules. It was very informative, and it was helpful.

During the later portion of the conference, the defense counsel brought up a motion for reconsideration. Your Honor questioned me about the motion for reconsideration, and I agreed to remove that motion. However, before I send this letter the Court noted today:

> Attorney Constants is directed to promptly provide a copy of this Order to his paralegal and to his client and to discuss its contents with them. Should attorney Constants once again permit the use of his name or ECF

1

credentials to file documents that he did not personally write or review, or that he did not authorize, this Court will not hesitate to refer the matter to the Grievance Committee. SO ORDERED

For the motion for reconsideration, the Docket Numbers on the website are Docket No. 85 and Docket No. 86. Respectfully, I ask the Court to strike Docket No. 85 and Docket No. 86 and delete those docket numbers from the website. If you require anything further, please let me know.

                Respectfully submitted,

                Constants Law Offices, LLC
                 /s/ Alfred C. Constants III
                Alfred C. Constants III, Esq.