# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVEVIDEO.AI CORP.<br><br>     Plaintiff,<br><br>          v.<br><br>SHARI REDSTONE, NATIONAL AMUSEMENTS, INC., CHRISTINE VARNEY, MONICA SELIGMAN<br><br>     Defendants. | C.A. No. 1:24-CV-6290 (DEH) (BCM) |

## DEFENDANT NATIONAL AMUSEMENT INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant National Amusements, Inc. ("NAI") states that it has no parent corporation, and no publicly held corporation or company owns 10% or more of NAI's stock.

NAI is incorporated under the laws of the state of Maryland and maintains its principal place of business in Norwood, Massachusetts.

Dated: February 26, 2025         **ROPES & GRAY LLP**

                         By:  */s/ Peter L. Welsh*

                             Peter L. Welsh
                             800 Boylston Street
                             Boston, MA  02199-3600
                             Tel: (617) 951-7000
                             Fax: (617) 951-7050

                             peter.welsh@ropesgray.com

                             *Attorney for Defendant National Amusements Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served a copy of the foregoing Corporate Disclosure Statement, filed through the ECF system, electronically to counsel of record.

Dated: February 26, 2025                    */s/ Peter L. Welsh*
                                            Peter L. Welsh