

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

March 24, 2025

Peter L. Welsh
T +1 617 951 7865
peter.welsh@ropesgray.com

**BY ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Livevideo.AI Corp. v. Redstone, et al.*, C.A. No. 1:24-cv-06290-DEH-BCM (S.D.N.Y.)

Dear Judge Moses:

      We write on behalf of Defendant National Amusements, Inc. ("NAI") in the above-captioned case and pursuant to Section 1.b of Your Honor's Individual Practices to respectfully request oral argument on NAI's Motion for Sanctions (Dkt. 120). Per the Court's briefing schedule, NAI filed its Motion for Sanctions on February 26, 2025, Plaintiff Livevideo.AI Corp. filed its opposition brief on March 13, 2025 (Dkt. 127), and NAI filed its reply brief on March 19, 2025 (Dkt. 131).

Respectfully submitted,

*/s/ Peter L. Welsh*

Peter L. Welsh

cc:     Counsel of Record (via ECF)