THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*　　　　　　　　　　CIVIL ACTION
vs.　　　　　　　　　　　　　　　　C.A. NO. 1:24-CV-06290

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,

    *Defendant's.*
_____/

**NOTICE OF AMENDED MOTION FOR LEAVE TO SUPPLEMENT
PURSUANT TO FRCP RULE 15(d)**

Plaintiff moves this Court, pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, to supplement its Amended Complaint in this case to add claims for relief for a violation of Section § 10(b) and Rule 10b-5, Section 17, Section 14(a), Rule 14a-9, Section 20(a) of the Exchange Act, and Sherman Act 1 based on events occurring after the filing of the amended complaint, including the most recent admission by the defendant on February 26, 2025 (dkt 120) that indeed the defendant was guilty of at least six violations of FRCP 7.1 which are also per se Rule 11 sanctions because an attorney is signing a paper submitted to the court which is defective by not having filed the certificates and done the diligence of the client required under FRCP 7.1.

1.    The supplemental pleading consists of common questions of fact with the amended complaint because both arise from the same factual situation, directed at the same defendants.

1

2. Judicial convenience and economy will be promoted by granting Plaintiff's Motion For Leave To Supplement which is timely.

WHEREFORE, Plaintiff requests that its motion to supplement be granted.

Respectfully submitted,

Dated March 17, 2025

By /s/ Alfred C. Constants III

Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., Unit 331
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
Attorney for Plaintiff