UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
:
Livevideo.AI Corp,                          :        24 -CV- 6290   (DEH)
:
            Plaintiff,                      :
:
        v.                                  :               AMENDED
:          ORDER OF REFERENCE
:        TO A MAGISTRATE JUDGE
Redstone et al.,                            :
:
            Defendants.                     :
:
-----------------------------------------------------------------X

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

SO ORDERED.

Dated: July 7, 2025
       New York, New York

_____
DALE E. HO
United States District Judge