THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*
vs.

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,
    *Defendant's.*
_____/

CIVIL ACTION
C.A. NO. 1:24-CV-06290

NOTICE OF ERRATA

NOTICE OF ERRATA

## NOTICE OF ERRATA

The July 15, 2025 filed "PLAINTIFF'S REPLY TO DEFENDANT NATIONAL AMUSEMENTS, INC.'S OPPOSITION TO MOTION TO REVOKE REFERRAL" document #154 scan did not format correctly in the ECF system and left out page 12 which was the certificate of compliance.

Please add the missing page 12 certificate of compliance which is attached (Ex. 1) so that it follows after page 11 of document #154 which fixes the error.

                                                Respectfully,

Dated: July 15, 2025

                                                Respectfully submitted,

By /s/ Alfred C. Constants III
Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., Unit 331
Locust Valley, NY 11560

Email:Constantslaw49@gmail.com
Attorney For Plaintiff

EXHIBIT 1

Case 1:24-cv-06290-DEH-BCM    Document 155    Filed 07/15/25    Page 3 of 4

Certificate of Compliance

This document complies with the typeface requirements and the word count requirements of L.R. 6.3 because this document has been prepared in a proportionally spaced typeface using Word Office in Times New Roman 12 type.

Words 2174

By /s/ Alfred C. Constants III

Alfred C. Constants III, Esq. Constants Law Offices, LLC. 115 Forest Ave., Unit 331 Locust Valley, NY 11560

Dated:   July 14, 2025