**Constants Law Offices, LLC**
115 Forest Avenue, Unit 331
Locust Valley, New York 11560
(516) 200-9660
Constantslaw49@gmail.com

August 6, 2025

Honorable Judge Dale Ho
District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

re: Livevideo.AI Corp, v. Shari Redstone, et al
Docket No.: 24-cv-6290 (DEH) (BCM)

**Dear Judge Ho,**

    **8/6/2025  Application Ex Parte Temporary Restraining Order**

    Plaintiff Livevideo.AI Corp. respectfully submits this letter pursuant to Standing Order Rule 4(i). Plaintiff is making an application for an ex parte temporary restraining order, meeting the requirements of FRCP 65(b). The Plaintiff has not notified the defendant because such notice may result in:

    1. Dissipation of the defendant's assets
    2. Hollowing out of the defendant National Amusements, Inc.
    3. Acceleration of the planned buy out of the defendant's stock set for August 7, 2025

    Granting of Plaintiff's motion will also further generate immediate benefits to public shareholders of Paramount Global (PARA) by forcing defendant NAI to stop releasing SEC filings for Paramount containing false legal case designations for Case 1:24-cv-06290, correctly classify the status of the legal case, accurately report that Plaintiff seeks specific monetary damages as stated in the amended complaint. Defendants NAI and Redstone's control of Paramount has resulted in intentional defective disclosures to shareholders continuing for 12 months, including to a syndicate of banks in May 2025 that refinanced a credit line for Paramount.[1]

DATED: August 6, 2025

Respectfully submitted,

By  /s/ Alfred C. Constants III
Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., Unit 331
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
*Attorney For Plaintiff*

---

[1] See page 6 of Document 129 Filed 03/17/25, where Plaintiff cites four S-4 filings containing defective disclosure regarding this legal case. Defendant filed a fifth SEC disclosure with the false misclassified legal case status for case 1:24-cv-06290 on June 2, 2025, stating: "The complaint asserts claims for unfair competition, tortious interference, unjust enrichment and aiding and abetting breach of fiduciary duty, among others and seeks unspecific monetary damages, costs, and other relief. As of the date of this Annual Report on Form 10-K, the defendants have not been served." This omission or misclassification discrepancy is further proven by comparing defendant's legal disclosure of other cases in the same SEC filing section. (Ex. 1)

1