THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*
vs.

C.A. NO. 1:24-CV-06290
**EX PARTE NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,
    *Defendant's.*
_____/

Plaintiff LiveVideo.AI Corp hereby brings this motion for an ex parte Temporary Restraining Order that is based upon the accompanying Memorandum of Law, the Declaration of Plaintiff's counsel, the pleadings and prior proceedings herein, and pursuant to Fed. R. Civ. P. 65(b) and 28 U.S.C. § 1651.

Respectfully Submitted,

DATED: August 6, 2025

By /s/ Alfred C. Constants III
Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., Unit 331
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
*Attorney For Plaintiff*

1