**Constants Law Offices, LLC**
115 Forest Avenue, Unit 331
Locust Valley, New York 11560
(516) 200-9660
Constantslaw49@gmail.com

August 26, 2025

Via ECF
Hon. Dale E. Ho,
U.S.D.J. United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

re: Livevideo AI Corp. v. Shari Redstone, et al
Docket No.: 24-cv-6290 (DEH) (BCM)

Dear Judge Ho,

I represent the Plaintiff in the above-referenced matter. I write to request a 3 day extension of the time to file Plaintiff's opposition to the Magistrate Report and Recommendation ECF No. 163. The original due date is August 26, 2025. I request an extension to August 29, 2025 due to the CEO of the Plaintiff's sudden lack of availability caused by an urgent filing he has informed me today he unexpectedly was called away to work with an outside law firm in a different State representing him in a higher court matter which will be identified by the Plaintiff in its subsequent opposition. This is Plaintiff's first request for an extension. Defendant National Amusements Inc. and Shari Redstone counsel was contacted but had not responded as of the end of the day. There are no scheduled appearances before Your Honor.

Respectfully submitted,

By /s/ Alfred C. Constants III
Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., Unit 331
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
*Attorney For Plaintiff*

Application GRANTED.  Plaintiff shall submit any opposition no later than August 29, 2025.  The Court notes that Plaintiff's extension request is untimely pursuant to Individual Rule 2(e).  No further extensions will be granted.  SO ORDERED.

Dale E. Ho
United States District Judge
Dated: August 27, 2025
New York, New York