THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*

vs.                                                     C.A. NO. 1:24-CV-06290
**DECLARATION IN SUPPORT OF
MOTION L.R. 6.3, FRCP RULES 59;60B**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,
    *Defendant's.*
_____/

## DECLARATION IN SUPPORT OF MOTION L.R. 6.3, FRCP RULES 59;60B

I, Alfred Constants III, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiff in the above-captioned matter and am fully familiar with the facts and circumstances of this case.

2. This declaration is submitted in support of Plaintiff LiveVideo.AI Corp.'s motion for Reconsideration of the September 30 Order Dkt. 170 pursuant to L.R. 6.3 and alternatively pursuant to FRCP Rule 59 and FRCP Rule 60B.

3. There were numerous clear errors which are detailed further in the Memorandum filed concurrently. For example, the Court committed clear error by adopting the R&R without first addressing Plaintiff's pending objections to prior magistrate judge orders and Plaintiff's motion to revoke the referral (Dkt 148). These pending matters required resolution before the Court could properly consider the R&R.

1

4.     Plaintiff's motion to revoke the referral was filed before the amended order of reference was issued. The Court was obligated to rule on this motion before amending the referral or adopting any subsequent recommendation from the magistrate judge. This obligation stems from both 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, which establish mandatory procedures for addressing objections to magistrate judge actions.

5.     The Court's failure to address the pending motion to revoke and objections to prior orders constitutes clear error that affected the substantive rights of the Plaintiff.

Dated: October 14, 2025

By: /s/ Alfred C. Constants III

Alfred C. Constants III, Esq.
Constants Law Offices, LLC
115 Forest Ave., Unit 331
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
Attorney For Plaintiff