UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Livevideo.AI Corp., | |
| Plaintiff, | 24-CV-6290 (DEH) |
| v. | ORDER |
| Redstone et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

By Opinion and Order dated September 30, 2025, Plaintiff Livevideo.AI Corp ("Plaintiff" or "Livevideo") was enjoined from filing any further motions for affirmative relief in this action without first seeking leave of this Court by filing a one-page letter in which its counsel of record summarizes the proposed motion and explains succinctly why it would be neither duplicative nor baseless. ECF No. 170. Since that order, Livevideo has filed six new motions without once seeking leave. *See* ECF Nos. 171, 172, 173, 175, 178, 182. Because all of these Motions were filed in direct violation of the Court's Order, all six motions are hereby **STRICKEN**. The Clerk of Court is respectfully directed to strike ECF Nos. 171-173 and 175-185 from the docket.

The Court hereby **ORDERS** Plaintiff Livevideo and its counsel Alfred Camillo Constants, III ("Constants") to show cause as to why they should not be found in contempt of this Court's prior order in a filing not to exceed 5 pages no later than Monday, November 10, 2025. This filing should include an indication as to whether Plaintiff or Constants intend to pay the outstanding $10,000 penalty issued in the Court's prior order. Constants is further **ORDERED** to attach to this filing a sworn declaration indicating whether he personally drafted and filed the above-mentioned motions and/or whether he continues to allow his ECF credentials to be used by others

to file papers that he did not write, review, or authorize. *See* ECF No. 170 at 10. Failure to comply with this order shall result in further sanctions.

This Order is without prejudice to a sanctions motion for any costs and fees incurred in responding to Plaintiff's improperly filed motions.

SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                        DALE E. HO
                           United States District Judge