THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIVEVIDEO.AI CORP
    *Plaintiff,*

vs.                                  C.A. NO. 1:24-CV-06290
**DECLARATION IN SUPPORT OF OSC REPLY**

SHARI REDSTONE,
NATIONAL AMUSEMENTS, INC.,
CHRISTINE VARNEY,
MONICA SELIGMAN,
    *Defendant's.*
_____/

**DECLARATION IN SUPPORT OF OSC REPLY**

I, Alfred C. Constants III, declare under penalty of perjury as follows:

I am counsel of record for Livevideo.AI Corp. in this matter.

    1.    I understand and accept the Court's September 30, 2025 Order (ECF No. 170) and the November 6, 2025 Order to Show Cause.

    2.    The Plaintiff has filed a Notice of Appeal on November 9, 2025.

    3.    On November 7, 2025, Plaintiff filed a Letter requesting pro- nunc Trunc requesting relief because the non-affirmative relief.

    4.    I do not allow my ECF credentials to be used by others to file papers that I did not write, review, or authorize.

    5.    I maintain exclusive control over my ECF credentials in compliance with S.D.N.Y. Local Civ. R. 11.1 and the SDNY ECF Rules & Instructions

    6.    With respect to ECF Nos. 171–173 and 175–185, I personally reviewed and approved the filings submitted under my ECF credentials which I personally filed. I also submitted separate Local rule compliant Certifications for each of the motions, which also certified the number of words each memorandum consisted of.

7. Going forward, I will ensure that any submission filed under my name and credentials will be personally reviewed, and proofread by me to ensure accuracy and compliance with Fed. R. Civ. P. 11 and the Court's orders.

8. I understand the Court has stricken ECF Nos. 171–173 and 175–185. I will not refile those papers or pursue any request for affirmative relief—including any motion to supplement or amend—without first seeking leave via the one-page pre-motion letter required by ECF No. 170.

9. This declaration confirms existing intention to pay the outstanding $10,000 penalty issued by or on the due date of November 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2025, in State of New York

/s/ Alfred C. Constants, III
Alfred C. Constants III, Esq.
Constants Law Offices, LLC
115 Forest Ave., Unit 331
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
Attorney For Plaintiff