UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Livevideo.AI Corp., <br><br>                Plaintiff, <br><br>        v. <br><br> Redstone et al., <br><br>                Defendants. | 24-CV-6290 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

      By Order dated November 6, 2025, the Court ordered Plaintiff Livevideo and its counsel Alfred Camillo Constants, III ("Constants") to show cause as to why they should not be found in contempt of this Court's prior orders. While the Court finds the response of Plaintiff and Plaintiff's counsel to be insufficient, the Court declines at this time to exercise its authority to hold either in contempt. The Court considers this notice to the parties that the Court may consider the full range of actions taken in this litigation by Plaintiff and/or Plaintiff's counsel in any future contempt or sanctions proceedings. This Order is, again, without prejudice to a sanctions motion for any costs or fees associated with Plaintiff's conduct.

SO ORDERED.

Dated: November 18, 2025
       New York, New York

                                                    DALE E. HO
                                       United States District Judge