**Constants Law Offices, LLC**
**115 Forest Avenue, Unit 331**
**Locust Valley, New York 11560**
**(516) 200-9660**
**Constantslaw49@gmail.com**

March 2, 2026
VIA ECF
District Judge Hon. Dale E. Ho Thurgood
Marshall U.S. Courthouse
40 Foley Square   New York, New York 10007

United States District Court Southern District of New York

LiveVideo.AI Corp. v. Redstone et al., No. 24-CV-6290 (DEH) (BCM)

Re: Request for Leave to File Motion to Hold Defendant National Amusements, Inc.'s Sanctions Motion (Dkt. 199) in Abeyance

Dear Judge Ho:

Pursuant to the Court's September 30, 2025 filing injunction (Dkt. 170), Plaintiff LiveVideo.AI Corp. ("LiveVideo") respectfully requests leave to file a narrowly focused motion seeking an order holding Defendant National Amusements, Inc.'s ("NAI") motion for sanctions and attorneys' fees (Dkt. 199) in abeyance pending completion of LiveVideo's appellate briefing in the Second Circuit (Case No. 25-2954). LiveVideo's opening brief is currently due March 31, 2026. Good cause exists for a short abeyance because Dkt. 199 is substantially tied to the same filing-injunction framework and post-judgment filing issue now being reviewed on appeal: *Do parties have a right to file a Motion For Reconsideration under FRCP 59 after dismissal or local rule equiv.*

NAI seeks fees allegedly incurred in responding to filings that this Court struck as improper under the filing-injunction regime. In practical terms, the scope and propriety of the fee request cannot be cleanly separated from the predicate procedural rulings that the Court of Appeals is presently considering. Proceeding now would risk inefficient, overlapping litigation, including the possibility that appellate guidance could narrow, materially alter, or moot issues implicated by Dkt. 199. Abeyance will not prejudice NAI. NAI filed Dkt. 199 more than three months after the Court's order striking the relevant filings (Dkt. 186), undercutting any claim of urgency. By contrast, requiring LiveVideo to litigate Dkt. 199 now would impose a disproportionate burden by forcing parallel briefing and record development during the same period LiveVideo must prepare and file its opening appellate brief. Accordingly, LiveVideo requests leave to file a motion seeking to hold Dkt. 199 in abeyance until the appeal is resolved or alternatively until after LiveVideo files its opening appellate brief (at the very least LiveVideo would request that the Court set a briefing schedule for Dkt. 199 under which LiveVideo's response is due after March 31, 2026. If the Court grants leave, LiveVideo will file its motion promptly and will confine it to the requested sequencing relief, without addressing the merits of the sanctions application.

 Respectfully submitted,

/s/ Alfred C. Constants III
Alfred C. Constants III, Esq.
Constants Law Offices, LLC

1

115 Forest Ave., Unit 331,
Locust Valley, NY 11560
Email: Constantslaw49@gmail.com
Attorney for Plaintiff LiveVideo.AI Corp.