**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIVEVIDEO.AI CORP.<br><br>      Plaintiff,<br><br>      v.<br><br>SHARI REDSTONE, NATIONAL AMUSEMENTS, INC., CHRISTINE VARNEY, MONICA SELIGMAN<br><br>      Defendant. | Case No. 24-CV-6290 (DEH) (BCM)<br><br><br>ORDER<br><br><br>District Judge: Dale E. Ho |

**ORDER SETTING A BRIEFING SCHEDULE**
**ON DEFENDANT NATIONAL AMUSEMENTS, INC.'S MOTION FOR**
**SANCTIONS UNDER 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWERS**

Upon Plaintiff Livevideo.AI Corp.'s ("Livevideo") letter *Request for Leave to File Motion to Hold National Amusements, Inc.'s Sanctions Motion (Dkt. 199) in Abeyance* (Dkt. 201) (the "Letter Request") and Defendant National Amusements, Inc.'s ("NAI") letter *Response to Livevideo's Request for Leave to Hold NAI's Motion for Sanctions in Abeyance* (Dkt. [___]) (the "Letter Response"), the Court finds:

**WHEREAS**, on February 19, 2026, NAI submitted its *Motion for Sanctions Under 28 U.S.C. § 1927 and the Court's Inherent Powers* (the "Sanctions Motion") in the above-captioned action (Dkt. 199);

**WHEREAS**, pursuant to Local Civil Rule 6.1(b), Livevideo's deadline to respond to the Sanctions Motion was March 5, 2026;

**WHEREAS**, Livevideo filed its Letter Request on March 2, 2026 (Dkt. 201), seeking to file a motion to hold NAI's Sanctions Motion in abeyance;

**WHEREAS,** NAI was ordered to respond to the Letter Request by March 10, 2026 (Dkt. 202);

WHEREAS, NAI consents to an extension of Livevideo's time to respond to the Sanctions Motion to April 14, 2026;

NOW, THEREFORE, IT IS HEREBY ORDERED that the briefing on the Sanctions Motion shall be as follows:

- April 14, 2026:       Plaintiff's Opposition to the Sanctions Motion is due
- April 28, 2026:       Defendant's Reply in Support of the Sanctions Motion is due

Dated: March 12, 2026

SO ORDERED

**The Court concludes that the sanctions motion presents a collateral issue and that an abeyance is therefore inappropriate. However, because Defendants consent to an extension, the Court will grant such extension *nunc pro tunc* for Plaintiff's late filing of its opposition brief. The Clerk of Court is respectfully directed to terminate ECF No. 201.**

Dale E. Ho
United States District Judge