UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Livevideo.AI Corp,

Plaintiff(s),

v.

Redstone,

Defendant(s).

24-CV-6290 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Clerk of Court is respectfully directed to add Mr. Constants, counsel for Livevideo.AI, as a Party to this matter, as he was subject to the Court's sanctions order now on appeal.

SO ORDERED.

Dated: July 9, 2026
New York, New York

DALE E. HO
United States District Judge